| | | | |
|---|---|---|---|
| Salvatore v. Dallas-town Area School Dist. . . . . . . . . . . . . . | 09/14/2015 | 201 MAL (2015) | Denied | Pa.Cmwlth., 109 A.3d 372 |
| Wortham v. Office of Administrative Review/Tax . . . . . . . . . | 09/21/2015 | 186 EAL (2015) | Denied | Pa.Cmwlth., 109 A.3d 372 |